IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC A. FREELAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No. 19 CV 07888 |
| LORENZINI & ASSOCIATES, LTD., an | ) | Honorable Sara L. Ellis |
| Illinois corporation, and RONALD N. | ) | |
| LORENZINI, JR., individually, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COME the Defendants Lorenzini & Associates, LTD. and Ronald N. Lorenzini, Jr. ("Defendants") by and through their attorneys, John Dalton, Mary Kay Morrissey and Monica V. Banasiuk, and respectfully move this Honorable Court pursuant to L.R. 83.17 to enter an ordering granting the withdrawal of John D. Dalton, Mary Kay Morrissey and Monica V. Banasiuk as counsel of record for Defendants. In support thereof, Defendants state as follows:

1. Counsel of record in this matter for Defendants, John D. Dalton and Mary Kay Morrissey, filed their appearance on or about August 27, 2020. (Doc. 36 and 37).

2. Additional counsel of record for Defendants, Monica V. Banasiuk, file her appearance on or about December 2, 2020. (Doc. 46).

3. Circumstances have developed in the course of the representation of Defendants that have caused an irremediable breakdown in the attorney client relationship which prevent the undersigned counsel from providing effective assistance of counsel.

4. Due to professional reasons and ultimate irreconcilable differences between the Defendants and their counsel of record, Defendants' counsel respectfully requests to withdraw their appearance in this matter.

1

5.     Defendants' counsel of record provided Defendants notice of the intent to withdraw on or about April 30, 2021

6.     Pursuant to Local Rule 83.17, Defendants' counsel attached the notification of party contact information as required hereto as Exhibit A.

WHEREFORE, undersigned counsel, John Dalton, Mary Kay Morrissey and Monica V. Banasiuk, for Defendants Lorenzini & Associates, LTD. and Ronald N. Lorenzini, Jr. ("Defendants") respectfully request that this Honorable Court enter an order granting them to withdraw as counsel of record for Defendants.

Date:   May 11, 2021                    Respectfully submitted,

                                                      **LORENZINI & ASSOCIATES AND**
                                                      **RONALD N. LORENZINI, JR.**

                                                      By: */s/ Mary Kay Morrissey*
                                                               One of Their Attorneys

John D. Dalton (ARDC#: 6197108)
Mary Kay Morrissey (ARDC #: 6201658)
Monica V. Banasiuk (ARDC # 6310967)
Email: jdalton@ohaganmeyer.com
Email: mmorrissey@ohaganmeyer.com
Email: mbanasiuk@ohaganmeyer.com