# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Eric A Freeland

                           Plaintiff,

v.                                                          Case No.: 1:19−cv−07888

                                                                  Honorable Manish S. Shah

Lorenzini & Associates, Ltd., et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The court grants a waiver of the trial bar requirement to permit Ron Lorenzini to represent the corporate defendant Lorenzini & Associates, Ltd. at trial without membership in the court's trial bar. For the reasons stated in open court, the motion to voluntarily dismiss Count I of the first amended complaint [150] is granted. Count I is dismissed with prejudice. The parties waive any jury trial rights contained in Counts 2 and 3 of the amended complaint and the court shall proceed with a bench trial. With no objection to the motion for extension of time [152], the proposed pretrial order, including exhibit lists with any noted objections and a statement regarding the basis of the objection, and any stipulations, excluding any jury instructions, shall now be submitted to this court's proposed order email inbox at proposed_order_shah@ilnd.uscourts.gov and filed on the court's docket by 5/21/25. Final pretrial conference remains set for 5/28/25 at 1:30 p.m. Bench trial shall begin on 6/2/25 at 10:00 a.m. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.